明细查询文件下载
卡号: 6220836020074796599  卡别名:

子账户序号:00000  子账户类别:活期  子账户别名:



GOVERNMENT EXHIBIT A

| 交易日期 | 摘要 | 交易场所 | 交易国家或地区简称 | 钞/汇 | 交易金额(支出) | 交易金额(收入) | 交易币种 | 记账金额(收入) | 记账金额(支出) | 记账币种 | 余额 | 对方户名 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020-02-28 | 工资 | 批量业务 | CHN | 钞 | - | - | - | 11,390.00 | | 人民币 | 15,526.66 | 中山大学附属第三医院 |
| 2020-02-25 | 私募业务 | 批量业务 | CHN | 钞 | - | - | - | | 1,840,000.00 | 人民币 | 4,136.66 | 中国工商银行私人银行部理财产品资金清算专 |
| 2020-02-24 | 基金购买 | 手机银行 | CHN | 钞 | - | - | - | | 1,000,000.00 | 人民币 | 1,844,136.66 | 郑颂国 |
| 2020-02-24 | 取消购买 | 手机银行 | CHN | 钞 | - | - | - | | -1,000,000.00 | 人民币 | 2,844,136.66 | 郑颂国 |
| 2020-02-24 | 基金购买 | 手机银行 | CHN | 钞 | - | - | - | | 1,000,000.00 | 人民币 | 1,844,136.66 | 其他户-工银聚富2 |
| 2020-02-23 | 取现 | | CHN | 钞 | - | - | - | 2,830,000.00 | | 人民币 | 2,844,136.66 | 王兵 |
| 2020-02-22 | 网转 | 手机银行 | CHN | 钞 | - | - | - | | 90,000.00 | 人民币 | 14,136.66 | 王兵 |
| 2020-02-20 | 网转 | 手机银行 | CHN | 钞 | - | - | - | | 200,000.00 | 人民币 | 104,136.66 | |
| 2020-02-20 | 管理 | | CHN | 钞 | - | - | - | | 1,672.85 | 人民币 | 304,136.66 | |
| 2020-02-20 | 取现 | | CHN | 钞 | - | - | - | 100,000.00 | | 人民币 | 305,809.51 | 其他户-工银聚富3 |
| 2020-02-20 | 私募 | 批量业务 | CHN | 钞 | - | - | - | 12,790.83 | | 人民币 | 205,809.51 | 中国工商银行股份有限公司私人银行理财产品 |
| 2020-02-19 | 网转 | 手机银行 | CHN | 钞 | - | - | - | | 200,000.00 | 人民币 | 193,018.68 | 王兵 |
| 2020-02-19 | 取现 | | CHN | 钞 | - | - | - | 3,000.00 | | 人民币 | 393,018.68 | 其他户-工银聚富3 |
| 2020-02-17 | 他行汇入 | | CHN | 钞 | - | - | - | 60,499.40 | | 人民币 | 390,018.68 | 广州市力鑫药业有限公司 |
| 2020-02-14 | 网转 | 手机银行 | CHN | 钞 | - | - | - | | 111,000.00 | 人民币 | 329,519.28 | 王兵 |
| 2020-02-13 | 网转 | 手机银行 | CHN | 钞 | - | - | - | | 99,000.00 | 人民币 | 440,519.28 | 王兵 |
| 2020-02-13 | 取现 | | CHN | 钞 | - | - | - | 350,000.00 | | 人民币 | 539,519.28 | 其他户-工银聚富3 |
| 2020-02-13 | 工资 | 批量业务 | CHN | 钞 | - | - | - | 162,493.01 | | 人民币 | 189,519.28 | 中山大学附属第三医院 |
| 2020-02-12 | 网转 | 手机银行 | CHN | 钞 | - | - | - | 20,000.00 | | 人民币 | 27,026.27 | 郑颂国 |
| 2020-02-11 | 他行汇入 | | CHN | 钞 | - | - | - | 3,044.80 | | 人民币 | 7,026.27 | 黄峰 |
| 2020-02-08 | 购买 | | CHN | 钞 | - | - | - | | 3,101,000.00 | 人民币 | 3,981.47 | 其他户-工银聚富1 |
| 2020-02-07 | 基金赎回 | 批量业务 | CHN | 钞 | - | - | - | 1,107,237.94 | | 人民币 | 3,104,981.47 | 郑颂国 |
| 2020-02-07 | 基金赎回 | 批量业务 | CHN | 钞 | - | - | - | 895,775.30 | | 人民币 | 1,997,743.53 | 郑颂国 |
| 2020-02-07 | 基金赎回 | 批量业务 | CHN | 钞 | - | - | - | 999,165.74 | | 人民币 | 1,101,968.23 | 郑颂国 |
| 2020-02-03 | 网转 | 手机银行 | CHN | 钞 | - | - | - | 2,100.00 | | 人民币 | 102,802.49 | 王伟 |
| 2020-02-03 | 工资 | 网上银行 | CHN | 钞 | - | - | - | 9,500.00 | | 人民币 | 100,702.49 | 广东慧泽生物科技有限公司 |
| 人民币合计 | | | | | | | | 6,566,997.02 | 6,642,672.85 | | | |