**填表前请认真阅读《填写说明》**



# 千人计划申报书

（重点学科　长期项目）

申 报 人　　　　　郑颂国

申报单位　　　　中山大学

专业领域　　　　生命科学

专业方向　　　　免疫学科

联 系 人　　　　陈英群

联系电话　02084114884（办公）13751881727（手机）

填表日期　　2013　年　3　月　1　日

海外高层次人才引进工作专项办公室制

| 姓名 | 中文 | 郑颂国 | 性别 | 男 | |
|---|---|---|---|---|---|
| | 外文 | Song Guo Zheng | 出生日期 | 1962 年 9 月 28 日 |  |
| 出生地 | | 安徽省池州市 | 国籍 | 中国 | |

| 毕业院校及专业、学位 | 中文 | 法国奥尔良大学，免疫学专业，博士学位 |
|---|---|---|
| | 英文 | University of Orleans, Immunology, PhD |
| 回国前工作单位及职务 | 中文 | 美国宾州州立大学，终身正教授，主任 |
| | 英文 | Hershey Medical College at Pennsylvania State University, Full Professor (tenured) and director |

| 拟任职单位名称 | 中山大学附属第三医院 | 职务（岗位） | 教授 |
|---|---|---|---|
| 拟任职单位地址 | 广州市天河路 600 号 | 邮编 | 510630 |

**教育经历**
（从本科填起）

| 学位(加注英文) | 时间 | 国家 | 院校 | 专业 |
|---|---|---|---|---|
| 学士（Bachelor） | 1979,09-1984,06 | 中国 | 安徽医科大学 | 医学 |
| 硕士 （Master） | 1989,09-1992,06 | 中国 | 复旦大学上海医学院 | 免疫和肿瘤 |
| 博士 （PhD） | 2011,04-2011,12 | 法国 | University of Orleans | 免疫学 |

**工作经历**
（兼职请注明）

| 职务（加注英文） | 时间 | 国家 | 单位（加注英文） |
|---|---|---|---|
| 住院医师（Residency） | 84 年 7 月－89 年 8 月 | 中国 | 安徽池州市梅街医院 |
| 住院医师（Residency） | 92 年 9 月－93 年 6 月 | 中国 | 复旦大学肿瘤医院 |
| 主治医师（Assistant Professor） | 93 年 7 月－98 年 6 月 | 中国 | 复旦大学肿瘤医院 |
| 副教授（Associate Professor） | 98 年 7 月－99 年 6 月 | 中国 | 复旦大学肿瘤医院 |
| 研究生导师（Mentor, Post-graduate） | 98 年 7 月－99 年 6 月 | 中国 | 复旦大学 |
| 高访学者（Visiting Scholar） | 99 年 7 月－00 年 1 月 | 美国 | 加州大学洛杉矶分校 (UCLA) |
| 博士后（Postdr.Fellow） | 00 年 1 月－03 年 6 月 | 美国 | 南加州大学（USC） |
| 访问助理教授（Assist Prof.） | 03 年 7 月－04 年 6 月 | 美国 | 南加州大学（USC） |
| 助理教授（Assist Prof.） | 04 年 7 月－10 年 6 月 | 美国 | 南加州大学（USC） |
| 正教授（Professor） | 08 年 10 月-11 年 9 月(兼职) | 中国 | 复旦大学 |
| 副教授（Associate Prof.） | 10 年 7 月－13 年 3 月 | 美国 | 南加州大学（USC） |
| 终身正教授和主任（Prof and Director） | 13 年 4 月－ | 美国 | 宾州州立大学 (PennState) |

# 专长及代表性成果

### 1、 个人专长：

申请人主要从事免疫学调控和耐受，自身免疫性疾病，调节 T 细胞和干细胞等领域的研究。调节 T 细胞是免疫系统不攻击自身组织的关键，也是预防自身免疫性疾病发生和发展的核心，这种细胞在胸腺中发育产生。

2002 年，申请人和他的团队在国际上首先发明了诱导性调节 T 细胞，发现用转化细胞生长因子的方法，能够在一定状态下，可以使常规的胸腺外的 T 细胞（非调节 T 细胞）转化成为调节 T 细胞。这一发现是近代免疫学重要成就之一。诱导性调节 T 细胞的优点是胸腺外产生，数量充足且在炎症状态下具有稳定性等特点，对临床应用调节 T 细胞提供了重要基础。随后，申请人又对诱导性调节 T 细胞的表型、功能特征、发育、分化和维持机制等进行了系统和深入的研究，取得了许多原创性发现和国际领先水平的成就。因为申请人的杰出贡献，被评为美国南加州 2007 年年度最佳免疫学家奖（James R Klinenberg 奖）。

2008-2010 年间，申请人的研究小组和美国 NIH 的 Strober 教授小组在国际上首先发现自然调节 T 细胞在炎症状态下是不稳定的，可以转化成为病理性 Th17 细胞，并且转化后就没有调节 T 细胞功能了。2010 年，申请人和同事在国际上首先发现，维生素 A 的代谢产物维甲酸，能够维持自然的调节 T 细胞在炎症状态下的稳定性，这个发现为调节 T 细胞的临床治疗奠定了重要的基础，并得到了美国风湿病协会主席，密西根大学的风湿病系 David Fox 教授，美国新泽西州总医院风湿病科主任 Richard Panush 教授的高度评价（见附件材料同行评价）。2012 年，申请人又发现诱导性调节 T 细胞与自然的调节 T 细胞不同和这二个细胞差异的分子机制。相关工作得到国际著名免疫学家 Anderton 教授小组的证实，并被《自然·子刊》的主编重点介绍给国际同行（见附件材料）。相关的工作已经申请了二个国际专利。

申请人在干细胞方面也取得了重要成就。当使用胚胎、骨髓、脐带血干细胞有一定的临床限制的情况下，申请人和同事开始在齿龈中发现干细胞与其他干细胞表型和功能完全相似，并且功能性更强，没有致瘤性。重要的是，这些齿龈干细胞在动物的关节炎和人性化的 GVHD 疾病中有非常好的治疗效果。申请人已经申请了齿龈干细胞治疗自身免疫性疾病的专利保护。

申请人还开创了一个免疫学研究的新领域，当淋巴细胞刺激因子（BAFF）和受体（BAFFR）信号被广泛的研究在 B 细胞上时，申请人首先报道 BAFF 也作用于 T 细胞，直接促进 Th17 细胞和 Tfh 细胞的分化。这个发现对研究 BAFF 影响 T 细胞引起的疾病的关系有重要价值。

申请人是国际免疫学界，特别是自身免疫性疾病学界一位非常活跃的科学家，多次担任国际大会的组织者和主席，也应邀多次担任国际主流免疫学和风湿病学大会的分会主席，几十次担任国际会议的"invited speaker"和"keynote speaker"，是美国 NIH/NIAMS、NIAID、NCI 多个 study section 成员（基金终审评审专家），也担任澳大利亚、加拿大、南非、波兰和中国等多个国家基金会的评审专家。申请人是 NIH RO1、R43、Arthritis Foundation, American College of Rheumatology Foundation, Arthritis National Research Foundation, James Foundation and Wright Foundation 等多个项目的首席科学家，发表了 127 篇论文，申请了 3 个美国、欧盟、日本和中国等国家和地区的专利，担任多个国际杂志的编委，获得了许多免疫学和风湿病学国际组织的荣誉和奖励。

申请人除具有丰富的学术研究经历外，申请人也具有相当的临床转化研究能力和知识，掌握临床研究国际化标准和途径。另外，申请人计划带几个原创性生物医学产品项目回国，进行相关的疾病的临床试验研究，预期能够为国家的生物医学产业化的发展做出重要贡献，符合国家引进高科技人才发展的战略目标。

## 2、领导（参与）过的主要项目

| 起止时间 | 项目性质和来源 | 经费总额 | 参与人数 | 申报人的具体职位和任务 |
|---|---|---|---|---|
| 07/01/10-06/30/15 | 美国 NIH/NIAMS RO1 AR059103 | 185 万美元 | 5 人 | 首席科学家（PI） |
| 07/01/11-10/30/13 | 美国 NIH/NIAID R43 AI 084359 | 30 万美元 | 3 人 | 首席科学家（PI） |
| 07/01/10-06/30/13 | 美国 SCAF-Arthritis Foundation | 12 万美元 | 3 人 | 首席科学家（PI） |
| 07/01/11-06/30/13 | 美国 CTSI-Wright Foundation | 4.5 美元 | 4 | 首席科学家（PI） |
| 07/01/08-12/31/11 | 美国 American College of Rheumatology Research and Education within Our Reach | 40 万美元 | 6 人 | 首席科学家（PI） |
| 01/01/08-12/31/10 | 中国自然基金委杰青项目（海外科学家） | 40 万人民币 | 5 人 | 首席科学家（PI） |
| 07/01/07-06/31/10 | 美国 Arthritis Foundation | 8 万美元 | 4 人 | 首席科学家（PI） |
| 07/01/06-06/30/07 | 美国 James H. Zumberge Faculty Research & Innovation Fund | 2.5 万美元 | 3 人 | 首席科学家（PI） |
| 12/01/06-11/30/07 | 美国 Creff GCRC Foundation | 1 万美元 | 2 人 | 首席科学家（PI） |
| 07/01/06-06/30/09 | 美国 Arthritis Foundation | 8 万美元 | 5 人 | 首席科学家（PI） |
| 07/01/05-06/ 0/06 | 美国 Wright Foundation | 5 万美元 | 3 人 | 首席科学家（PI） |

| | | | |
|---|---|---|---|
| 07/01/05-06/30/08 | 美国 Arthritis National Research Foundation | 5 万美元 | 2 人 | 首 席 科 学 家（PI） |
| 07/01/03-06/30/05 | 美国 Arthritis National Research Foundation | 5 万美元 | 2 人 | 首 席 科 学 家（PI） |
| 06/01/99-05/31/00 | 国际联盟 International Union Against Cancer Fellowship | 3000 美元 | 1 人 | 首 席 科 学 家（PI） |
| 07/01/12-06/30/14 | 美 国 Richard Young Lupus Research account | 2 万美元 | 2 人 | 首 席 科 学 家（PI） |
| 07/01/10-06/30/13 | 美 国 P30 DK048522-16 NIH/NIDDK | 10 万美元 | 4 人 | 共同首席科学家 |
| 01/01/09-12/30/11 | 中国上海科委基础医学重点项目，国际合作项目 | 50 万人民币 | 5 人 | 共同首席科学家 |
| 07/01/12-06/30/14 | 中国上海国际合作项目（11410702000） | 80 万人民币 | 6 人 | 共同首席科学家 |
| 07/01/12-06/30/15 | 美 国 RG 4646A1/1-National MS Society | 521,806.00 美元 | 4 人 | 次席科学家 |
| 02/01/13-01/31/15 | ALR project Alliance for Lupus Research | 378,896.00 美元 | 4 人 | 次席科学家 |
| 07/01/10-06/30/14 | SCAF- Tina C. Foundation Lupus Research project Arthritis | 12 万美元 | 4 人 | 次席科学家 |
| 04/01/07-03/31/12 | NIH/NIAID R01 AR 059193 | 125 万美元 | 6 人 | 次席科学家 |

| 07/01/08-06/30/12 | Nora Eccles Treadwell Foundation | 56万美元 | 5人 | 次席科学家 |
|---|---|---|---|---|
| 07/01/06-06/30/08 | Arthritis Foundation | 8万美元 | 4人 | 次席科学家 |
| 07/01/05-06/30/08 | Nora Eccles Treadwell Foundation | 30万美元 | 5人 | 次席科学家 |
| 07/01/03-06/30/05 | Arthritis Foundation | 8万美元 | 4人 | 次席科学家 |
| 04/01/01-03/31/06 | NIH/NIAID, 5 R01 AI41768-18 | 125万美元 | 5人 | 次席科学家 |

## 3、主要成果（每类均不超过20项）
### （1）代表性论著（论文）

| 发表时间 | 论著（论文）名称 | 发表载体 | 论著（论文）作者 |
|---|---|---|---|
| 2013.2 | Gingiva-derived mesenchymal stem cells mediate therapeutic intervention for experimental arthritis through CD39⁺Foxp3⁺ Tregs. | *Arthritis Rheum.*（影响因子：7-9分） | Chen MG, He XS, Xu J, Lu SP, Ryffel B, An L and Zheng SG* |
| 2012.7 | Polyclonal CD4+Foxp3+ Treg cells induce TGFβ-dependent tolerogenic dendritic cells that suppress murine lupus-like syndrome. | *J Mol Cell Biol.*（影响因子：7.676-13.4分） | Lan Q, Zhou X, Fan H, Chen M, Wang J, Ryffel B, Brand D, Ramalingam R, Kiela PR, Horwitz DA, Liu Z, Zheng SG*. |
| 2012.7 | Induced T regulatory cells suppress osteoclastogenesis and bone erosion in collagen-induced arthritis better than do natural T regulatory cells. | *Ann Rheum Dis.*（影响因子：9-10分） | Kong N, Qin Lan, Tina Zheng, Wenru Su, Maogen Chen, Julie Wang, Ziyan Yang, Ryan |

| | | | ark, Grant Dagliyan, Peter S. Conti, David Brand, Zhongmin Liu, Hejian Zou, William Stohl, and Zheng SG*. |
|---|---|---|---|
| 2012.6 | Induced CD4[+]Foxp3[+] T cells inhibit mast cell function and established contact hypersensitivity via TGF-β1.（It was highlighted by J Allergy Clin Immunol in June, 2012） | *J Allergy Clin Immunol.* （影响因子：11-12 分） | Su W, Fan HM, Chen, MG, Wang J, Brand DD, He X, Quesniaux V, Ryffel B, Zhu L, Liang D and Zheng SG*. |
| 2012.5 | Antigen-specific TGF-β-induced regulatory T cells but not natural Tregs ameliorate autoimmune arthritis by shifting the balance of Tregs to Th17 cells.（It was highlighted in *Nat Rev Rheum*, 2012 July. It also has an editorial comment in same issue of Arthritis Rheum. It was highlighted in 2012 ACR annual conference Year Review plenary section） | *Arthritis Rheum.* （影响因子：7-9 分） | Kong N, Lan Q, Chen MG, Wang J, Ryffel B, Horwitz DA, Zou HJ and Zheng SG*. |
| 2011.6 | atRA enhances the Treg cell function via alteration of Foxp3 binding in its target gene. | *Plos One* （影响因子：4-5 分） | Lu L, Ma JL, Zhou XH, Wang J, Horwitz DA, Brand DD, Li B, Liu ZM and Zheng SG*. |
| 2011.6 | BAFF mediates Th17 cells and Th17-mediated diseases | *Plos One* （影响因子：4-5 分） | Zhou XH, Wang JH, Liu ZM, Stohl W and Zheng SG*. |
| 2010.9 | *Cutting Edge*: All-Trans Retinoic Acid Sustains the Stability and Function of Natural Regulatory T Cells in an Inflammatory Milieu. | *J Immunol Cutting Edge* （影响因子：15 分）文章质量等同 J Med Exp, 下同。 | Zhou X, Kong N, Wang J, Fan H, Zou H, Horwitz D, Brand D, Liu Z, Zheng SG*. |
| 2010.12 | Characterization of protective human CD4+CD25+ FOXP3+ regulatory T cells generated *ex-vivo* with | *Plos One* （影响因子：4-5 分） | Lu L, Zhou X, Wang J, Zheng SG* and Horwitz |

| | TGF-β and retinoic acid. | | DA. |
|---|---|---|---|
| 2010.10 | TGF-β level: an indicator of the severity of disease and organ damage in SLE patients. | *J Rheumatology* (影响因子：3-4分) | Zheng SG*. |
| 2010.6 | Isolation of purified and live Foxp3+ regulatory T cells using FACS sorting on scatter plot. | *J Mol Bio Cell* (影响因子：7.676-13.4分) | Zhou XH, Wang J, Brand DD, Shi W, Fan HM and Zheng SG*. |
| 2010.4 | Role of Smad and non-Smad signals in the development of Th17 and regulatory T cells. | *J Immunol* (影响因子：6-8分) | Lu L, Wang J, Zhang F, Brand DD, Wang XH, Horwitz DA, Shi W and Zheng SG*. |
| 2010.1 | Synergistic effect of TGF-β superfamily members on the induction of Foxp3+ regulatory T cells. | *Eur J Immunol* (影响因子：5-6分) | Lu L, Ma JL, Wang XH, Wang J, Zhang F, Yu JL, He G, Xu B, Brand DD, Horwitz DA, Shi W and Zheng SG*. |
| 2008.9 | Natural and TGF-beta-induced Foxp3(+)CD4(+) CD25(+) regulatory T cells are not mirror images of each other. | *Trends Immunol* (影响因子：12-22分) | Horwitz DA, Zheng SG. Gray JD. |
| 2008.6 | *Cutting Edge*: Contrasting effect of IL-6 on the suppressive activity of natural and induced regulatory T cells. | *J Immunol, Cutting-edge* (影响因子：15分) | Zheng SG*, Wang JH, Horwitz DA. |
| 2007.2 | IL-2 is essential for TGF-beta to convert naive CD4+CD25- cells to CD25+Foxp3+ regulatory T cells and for expansion of these cells. | *J Immunol* (影响因子：6-7分) | Zheng SG, Wang J, Wang P, Gray JD, Horwitz DA. |
| 2006.3 | TGF-beta requires CTLA-4 early after T cell activation to induce FoxP3 and generate adaptive CD4+CD25+ regulatory cells. | *J Immunol* (影响因子：6-8分) | Zheng SG, Wang JH, Kim S, Stohl W, Gray JD, Horwitz DA: |

| 2004.4 | Regulatory T cells generated *ex-vivo* as an approach of the therapy of autoimmune disease. | *Seminar Immunol*（影响因子：9-12） | Horwitz DA, Zheng SG, Gray JD, Wang JH, Ohtsuka K, Yamagiwa S: |
|---|---|---|---|
| 2004.7 | Natural and induced CD4+CD25+ cells educate CD4+CD25- cells to develop suppressive activity: the role of IL-2, TGF-beta, and IL-10. | *J Immunol*（影响因子：6-7 分） | Zheng SG, Wang JH, Gray JD, Soucier H, Horwitz DA. |
| 2002.10 | Generation ex-vivo of TGF-beta producing regulatory T cells from $CD4^+CD25^-$ precursors. | *J Immunol*（影响因子：6-8 分） | Zheng SG, Dray JD, Ohtsuka K, Yamagiwa S, Horwitz DA: |

**注明：下划线加星号表示为通讯作者**

（2）专利

| 专利保护期 | 专利名称 | 授权国家 | 专利所有者 |
|---|---|---|---|
| 2010-(#61/626,097) | Methods and compositions for expanding and stabilizing natural regulatory T cells. | 美国，欧盟，中国，日本 | 郑颂国，Horwitz DA and Julie Wang |
| 2011-(#13/098,232) | Methods for the enrichment of viable Foxp3+ cells and uses thereof. | 美国 | **郑颂国** |
| 2012.12-(#13-332) | File #13-332 "Gingival-derived stem cells cure rheumatoid arthritis and other autoimmune diseases" | 美国，一年后计划延伸到欧盟，中国等 | 郑颂国 |

（3）产品：

1. 诱导性调节 T 细胞产品。用于治疗自身免疫性疾病，预防器官移植的免疫排斥和预防 GVHD 等并发症。
2. 维甲酸稳定的自然调节 T 细胞产品。用于治疗自身免疫性疾病，预防器官移植的免疫排斥和预防 GVHD 等并发症。
3. 齿龈干细胞产品。用于治疗自身免疫性疾病，预防器官移植的免疫排斥和预防 GVHD 等并发症。

**4、其他（包括获得的重要奖项、在国际学术组织兼职、在国际学术会议做重要报告等情况）**

## 重要奖项

1. Young Cancer Research Award, Attendance at ECCO-8, Paris, France, 1995
2. ICRETT Award from International Union Against Cancer, International Union Against
   Cancer,1999
3. Fellow Award, Arthritis National Research Foundation, 2003-2004
4. Junior Faculty Award, American Association of Immunologists, 2005，2006，2008，
   2009，2010
5. Fellow Award, Arthritis National Research Foundation, 2005-2006
6. Fellow Award, Wright Foundation, 2005-2006
7. Teva Neuroimmunology Award, Federation of Clinic Immunology Society，2006，2008
8. Freda Newton Memorial Scholar Award, Arthritis National Research Foundation, 2006 美国国立关节炎研究基金会弗雷德.诺顿全美纪念学者奖
9. Young Scientist Award from Arthritis Foundation, 2007
10. James R. Klinenberg M.D. Award (most outstanding immunologist in Southern California) from Arthritis Foundation, 2007 07年度美国南加州最杰出的免疫学家奖
11. Dana Immunology Award， Federation of Clinic Immunology Societies，2007，2009, 2010
12. Outstanding Youth Scientist Investigator Award from National Natural Science
13. Foundation of China,2008.1-2010.12 中国自然基金委杰出青年基金奖（海外B类）
14. 2009 ACR Plenary Session Speaker, Philadelphia, 2009
15. Young Scientist Award from International Congress of Immunology, 2010
16. ACR Edmund L, Dubois Memorial Lectureship Speaker, Chicago, 2011
17. Association of American Immunologist Lab Award, 2011; 2012; 2013

## 国际组织兼职

- Member, Committee of Tenure Track Faculty at USC 2009-present
- Member of Project Committee, 2010 Keystone Treg and Th17 Conference
- Chair, 2010 International Lupus Conference, Suzhou, China
- Chair, 2012 International Lupus Conference, Suzhou, China
- Chair, 2012 Frontier in organ transplantation and immune tolerance, Shanghai, China
- Chair, Section of regulatory T cells and autimmunity, 8th international congress of autoimmunity, Spain, May 2012
- Chair, Section of Rheumatoid Arthritis and Current Research. Rheumatology-

2012
        Conference. Chicago, August 13-15, 2012
- Chair, Section of the Cell-cell Adhesion, Cell Trafficking and Angiogenesis category. Annual Conference of American College of Rheumatology, Washington DC, Nov., 2012
- Leadership and abstract committee: 2012 Annual Conference of American College of Rheumatology, Washington DC
- Co-Chair, ACR China night. Washington DC, Nov., 2012
- Chair, Section of Immunomodulation and Immunology, the Second Conference on Clinical and Cellular Immunology. Las Vegas, October, 2013
- Member, Henry Kunkel Society, 2012-
- Chairman, The First Symposium of US-China Medical Progress, May, 2013, Los Angeles, CA, USA
- President, Association of Chinese Immunologists in North America and Europe 美国和欧洲华裔免疫学家协会 主委
- President, Committee of Chinese-American Technology, Education and Personnel in America 全美华裔科技教育人才委员会 主委
- Vice Chair, Section of GI/Rheumatology/Dermatology, Federation of Clinical Immunology Societies (pending, 2013--)

## 杂志编委服务：
J Mol Cell Biol（影响因子 7.676-13.4）副主编和客座主编
Plos One（影响因子 4-5）      科学编委
Pathologie Biologi（影响因子 2-3）   编委
Am J Clin Exp Pathol（影响因子 1.89）副主编
Am J Clin Exp Immunol         执行主编

## 担任下列组织或者基金会终审评审专家：
NIH/NIAMS
NIH/NIAID
NIH/NCI
ACR within our reach fund
James Foundation
Southern California Clinical and Translational Science Institute
加拿大国家科学基金会项目
澳大利亚国家科学基金会项目
南非国家科学基金会项目
波兰国家科学基金会项目
中国国家自然科学基金委重点项目

# 国际会议上做重要报告

## 作为"Invited Speaker"在国际大会上的发言:

1. **Invited Speaker (30 min)**: Inhibitory effects of transferring IL-2 gene on tumor grow in-vitro and in-vivo. The First International Conference of Biological Therapy for Cancer. Hong Kong, 10/23/1998.

2. **Invited Speaker (45 min)**: The mechanisms of TGF-beta induced CD4+CD25+FoxP3+ regulatory T cells. The First International Forum of Rheumatology and Immunology at Shanghai, Shanghai, 2/18/2006.

3. **Plenary Session lecture (30 min)**: IL-2 is essential for TGF-beta to induce peripheral CD4+CD25- T cells to become CD4+CD25+FoxP3-expressing regulatory T cells. The 6th Annual Meeting of Federation of Clinic Immunology Society, San Francisco, CA, 6/1/2006 - 6/6/2006.

4. **Keynote speaker (60 min)**: Development and function of TGF-β-induced Foxp3+ regulatory T cells. International Rheumatology Summit in Anhui Province. Anhui Province General Hospital, Anhui Medical University. 9/17/08

5. **Invited Speaker (30 min)**: Therapeutic effect of TGF-β-induced CD4+CD25+Foxp3+ Treg cells on lupus. The 8th International Conference of Lupus; Shanghai, 5/25/2007.

6. **Invited Speaker (25 min)**: Role of Smad signal pathway in the Treg and Th17 differentiation. **2009 Th17 Keystone Symposium**. Vancouver, Canada, 2/7/2009

7. **Keynote speaker (60 min)**: Role of regulatory T cells in the induction of immunotolerance. 09 Shanghai immune tolerance international conference. 7/2/09, Shanghai, China.

8. **Plenary Session lecture**: All-Trans Retinoic Acid Promotes the Differentiation of Itreg Cells Via Smad and Non-Smad Signaling Pathways. 2009 ACR/ARHP Annual Scientific Meeting. Philadelphia, 10/20/09

9. **Keynote Speaker (60 min)**: Advantage of TGF-beta-induced regulatory T cells in the treatment of established rheumatoid arthritis. 3/6/2010, 5th International Rheumaotlogy Forum. Suzhou City, Jiangsu Province, China

10. **Invited Speaker (25min)**: All-trans Retinoic Acid restores the stability and functionality of nTregs in an inflammatory milieu. 2010 Keystone Symposium: Treg and Th17 cells. 7/17/2010, 2010

11. **Invited Speaker (60 min)**: Immunoregulation in Rheumatoid Diseases. 2010 Anhui International clinical conference, Hefei, Anhui Province, China 7/23/10

12. **Invited Speaker (30 min)**: Role of Foxp3+ Regulatory T Cells in Organ Transplantation Rejection Protection. 2010 Guangzhou Surgery International

Forum. 7/30/2010. Guangzhou, Guangdong Province, China.

13. **Invited Speaker (20 min)**: Therapeutic role of TGF-beta-induced Treg in autoimune diseases. 2011 Keystone Symposium TGF-beta in Immune Responses: From Bench to Bedside. Snowbird, Utah, 1/10/2011

14. **Invited Speaker (30 min)**: Immunegrgulation in asthma. International Congress of Injury and Repair Mechanisms in Chronic Airway Disease. London, UK, April 7-9, 2011

15. **Edmond L, Dubois, MD, Memorial Lecturship (20 min)**: Cell therapy in established collagen-induced arthritis. 2011 Annual Conference of American College of Rheumatology, Chicago, Nov. 8, 2011

16. **Invited speaker (45 min)**. Plasticity and stability of regulatory T cells in inflammatory diseases. 2012 International Lupus Conference, Suzhou, China 2/10/2012

17. **Invited speaker (35 min)**. Foxp3+ regulatory T cells and allograft rejection prevention. 2012 Frontier in International Organ Transplantation, Shanghai, China 2/18/2012

18. **Invited speaker and section chair (25 min)**. TGF-$\beta$-induced regulatory T cells but not natural regulatory T cells treat rhuematoid arthritis in mice model. 8th International Congress on Autoimmunity. Granada, Spain, 5/9-13, 2012

19. **Invited speaker and section chair (25 min)**. Gingival MSCs intervent autoimmune disease through CD39/CD73 signal and the induction of CD39+Foxp3+CD4+ Treg cells. 8th International Congress on Autoimmunity. Granada, Spain, 5/9-13, 2012

20. **Invited speaker (30 min)**. Therapeutic role of nTreg cells modified with all-trans retinoic acid in the established autoimmune diseases. Annual Conference of Chinses Association of Rheumatology. Kunmin, China. May 19, 2012

21. **Invited speaker (30 min)**. Role of Foxp3+ regulatory T cells in immune tolerance. 2012 Annual Conference of Chinese Associaiton of Treasplantation Immunology. Shanghai, China. June 18, 2012

22. **Invited speaker (30 min)**. Regulatory T cells and autoimmunity. 2012 Annual Conference of Chinese Society of immunology. Chongqin, P.R. China. October 19, 2012

23. **Invited speaker (30 min)**. Regulatory T cells and immune tolerance. 2012 Liver Transplantation Symposium. Guanzhou, December 22, 2012

**被各大学，研究所或医院邀请的一个小时的Lectures:**

1. Regulatory T cells and their implication on autoimune diseases and

prevention of organ transplant rejection. Shanghai Association of Rheumatology, Fudan University, Shanghai, People's Republic of China, 1/22/2005.

2. Cell therapy, a novel approach to beat autoimmunity. Keck School of Medicine, University of Southern California. Los Angeles, CA 7/23/2007

3. Manipulation of TGF-β-induced CD4+CD25+Foxp3+ Treg cells for the treatment of lupus. University of California, Los Angeles (UCLA). West Los Angeles, 1/13/2008

4. A novel therapeutic approach: regulatory T cells treat autoimmune diseases. Suburban Medical Center, Paramount, CA. 3/20/2008

5. Role of Th17 cells in the autoimmunity. Olympia Medical Center, Los Angeles, CA. 4/2/2008

6. The molecule mechanisms of the development for TGF-β-induced CD4+CD25+Foxp3+ Treg cells. University of Tennessee, Memphis, 6/11/2008

7. Regulatory T cells and immune tolerance. Nanjing Medical Univeristy, 9/13/2008

8. The role of TGF-β and TGF-β sufamily members in the induction of Foxp3+ regulatory T cells. Gulu Hospital, Nanjing University Medical School. 9/14/09

9. Advance on Treg cell studies. Zhejian Province Red Cross Hospital. Hangzhou, China, 9/20/09

10. How atRA promotes Foxp3+ regulatory T cells and restrain Th17 cells? Fudan University Shanghai Medical School. 9/22/08

11. Individual Treg cell therapy in next ten years. Shanghai East Hospital, Tongji University. 9/23/08

12. Advantage of TGF-β-induced Foxp3+ regulatory T cells in inflammatory milieu. Nanjing Medical University, 7/6/09, Nanjing, China.

13. Development and function of TGF-β-induced Foxp3+ regulatory T and Th17 cells. University of California, Los Angeles (UCLA). West Los Angeles, 7/20/09

14. In vitro conversion of T cells into Treg cells for the therapy of autoimmune diseases. City of Hope Medical Center, Durate, California, 12/29/09

15. Therapetu role of TGF-beta-induced regulatory T cells in autoimmune disease. Nanjing Medical University, Jiansu Province, China. 3/8/2010

16. Potential of clinical therpay of regulatory T cells in autmoimmune disease. Sun Yat-Sun University, Guangzhou City, Guangdong Province, China. 3/11/2010

17. Therapetu role of TGF-beta-induced regulatory T cells in autoimmune disease.

Fudan University, Shanghai, China. 3/16/2010

18. Development and function of TGF-β-induced Foxp3+ regulatory T and Th17 cells, Cedars- Sinai Medical Center, 6/15/2010

19. Induced regulatory T cells and immune repsonse. 1/6/2011, Utah University Medical School.

20. Stability and functionality of natural and induced regulatory T cells. Keck School of Medicine, Univeristy of Southern California. 1/31/2011

21. Development and function of induced regulation in inflammatory diseases. Orlean University, France. 4/11/2011

22. How to successfully generate grant? Shanghai Gongli Hospital. 9/24/2011

23. Regulatory T cells and Asthma. French CNRS. 12/05/11

24. Regulatory T cells and autoimunity. Keck School of Medicine, Univeristy of Southern California. 1/30/2012

25. What is the future of Tregs in autoimmnity? PennState Hershey College of Medicine. 4/11/2012

26. IgG4 disease. Keck School of Medicine, Univeristy of Southern California. 7/2/2012

27. Regulatory T cells and stem cells. 2012 Yunnan Province Science Committee Meeting. P.R. China. 7/26/2012

28. The keys to be a successful scientist. Kunmin Medical University. P. R. China 7/27/2012

29. Pathogenesis of Rheumatoid Arthritis. Keck School of Medicine, Univeristy of Southern California, Core Lecture. 9/5/2012

30. Can regulatory T cells cure autoimmune diseases? Sun Yet-sen University School of Medicine. 11/2/12

31. Immune Regulation and Tolerance. Southern Medical University. 11/3/12

32. Updates of Regulatory T Cells in Autoimmunity. University of Arizona, 12/7/12

33. GMSC modulate rheumatoid arthritis. USC Core Lecture. 1/7/2013


**在国际大会上 oral 一般发言的论文:**

1. Suppression of a lupus–like syndrome inmice with regulatory T–cells generated ex–vivo with transforming growth factor–beta. SLE: Target for New Therapeutics, Scientific Meeting, National Institutes of Health, Bethesda, MD, 1/9/2002.

2. Effects of cytokines and CD4+CD25+ subsets on CD4+CD25- cells in the generation and renewal of regulatory T cells. Experimental Biology 2004, Washington DC, 4/21/2004.

3. Prolonged survuival of heart allografts by regulatory T cells generated ex-vivo. Experimental Biology 2004, Washington DC, 4/20/2004.

4. Mechanisms responsible for the long term in-vivo effects of peripheral regulatory T cells induced with IL-2 and TGF-beta. The 12th International Congress of Immunology and the 4th Annual Conference of the Federation of Clinical Immunology Societies. Montreal, Canada, 7/21/2004.

5. The transfer of antigen-specific regulatory T cells generated ex-vivo induces recipient CD4+CD25+ regulatory cells by infectious tolerance in vivo. Experimental Biology 2005, American Association of Immunologists, San Diego, CA, 4/2/2005.

6. Regulatory T cells and their implication on autoimune diseases and prevention of organ transplant rejection. Shanghai Association of Rheumatology, Fudan University, Shanghai, People's Republic of China, 1/22/2005.

7. Essential role of IL-2 in the generation of CD4+CD25+FoxP3-expressing Treg cells by TGF-β. AAI annunal meetiong 2006, American Association of Immunologists, Boston, MA, 5/11/2006 - 5/16/2006.

8. IL-2 is essential for TGF-beta to induce peripheral CD4+CD25- T cells to become CD4+CD25+FoxP3-expressing regulatory T cells. The 6th Annual Meeting of Federation of Clinic Immunology Society, San Francisco, CA, 6/1/2006 - 6/6/2006.

9. Resistance of iTregs but not nTregs to IL-6. The 7[th]Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2007). San Diego, CA. 6/9/2007.

10. Therapeutic effect of polyclonal TGF-β-induced CD4+CD25+Foxp3+ Treg cells on lupus. The 7[th]Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2007). San Diego, Calif. 6/10/2007.

11. Differential effect of IL-6 on natural and TGF-β-induced CD4+CD25+Foxp3+ Treg cells. The 8[th]Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2008). Boston. 6/8/2008

12. Polyclonal Tregs treat lupus via inducing tolerogenic DC. The 8th Annual

Meeting of Federation of Clinic Immunology Society, Boston, 6/9/2008.

13. CD8+ cells generated ex-vivo with TGF-β suppress lupus-like syndrome. The 9th Annual Meeting of Federation of Clinic Immunology Society, San Francisco, 6/13/2009.

14. All-trans Retinoic Acid Promotes the Differentiation of iTreg Cells via Smad and non-Smad Signaling Pathways. The 9th Annual Meeting of Federation of Clinic Immunology Society, San Francisco, 6/14/2009.

15. Therapeutic potential of TGF-β-induced regulatory T cells in rheumatoid arthritis. American College of Rheumatology within our reach investigator conference. 6/28/09, San Diego, California.

16. All-Trans Retinoic Acid Restores the Stability and Functionality of Ntregs in the Inflammatory Milieu. 2009 ACR/ARHP Annual Scientific Meeting. Philadelphia, 10/20/09

17. Opposing Roles for BAFF and CTLA-4 in the Development of IL-17-Producing or Foxp3+ Treg Cells. 2009 ACR/ARHP Annual Scientific Meeting. Philadelphia, 10/21/09

18. Role of all-trans retinoic acid in modifying natural regulatory T cells. 2010 American Association of Immunogist annual conference, Biltimore, 5/9/2010

19. Role of atRA and TGF-beta in the induction of human induced regulatory T cells. 2010 ACR investigator conference. 6/4/10, Fort Worth, TX

20. BAFF mdeiated Th17 cells and Th17-mediated disease development. 2010 ACR investigator conference. 6/5/10, Fort Worth, TX

21. TGF-beta-induced regulatory T cells suppress osteoclast formation and bone erosion. 2010 ACR investigator conference. 6/6/10, Fort Worth, TX

22. TGF-beta-induced CD4+Foxp3+ Cells but not Natural CD4+CD25+ Cells Suppress Established Collagen-induced Arthritis. 10th Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2010), 6/26/2010

23. CD4+Foxp3+ T Cells Generated ex vivo with TGF-beta and atRA Attenuate Rat Trachea Transplant Rejection. 10th Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2010), 6/26/2010

24. Opposing roles of BAFF and CTLA-4 in the development of IL-17-producing. 10th

Annual Meeting of the Federation of Clinical Immunology Societies (FOCIS 2010), 6/27/2010

25. Smad and non-Samd signal role in the development of Treg and Th17 cells. Keystone Treg/Th17 conference, Shanghai. 7/17/2010

26. Stablily of regulatory T cells in the inflammatory milieu. Keystone Treg/Th17 conference, Shanghai. 7/18/2010

27. Vital roles of BAFF in the development of IL-17-producing cells and Th17-mediated disease. Keystone Treg/Th17 conference, Shanghai. 7/19/2010

28. BAFF promotes Th17 cell differentiation and aggravate Th17-mediated autoimmune diseases. 2010 Annual ACR conference. Philadelphia, 11/10/2010

29. Therapeutic Effects of TGF-β-Induced Regulatory T Cells on the Established Autoimmune Diseases. 2011 annual ACR conference. Chicago, 11/6/2011

30. CD4+ Cells Generated with TGF-beta and All-Trans Retinoic Acid From Naïve CD4+ Cells Isolated From Lupus Mice Suppress Lupus in Mice. 2011 annual ACR conference. Chicago, 11/8/2011

31. Immune Suppression and Injury Tolerance in Fibrotic Liver Are Mediated by Induced Regulatory T Cells Which Safeguard Fibroplasias From Clearance. 2011 annual ACR conference. Chicago, 11/9/2011

32. Gingiva-derived mesenchymal stem cells-mediated therapeutic intervention for experimental arthritis through Foxp3+ Tregs. Boston, 2012 AAI annual conference, 5/7/2012

33. TGF-beta-induced CD4+ regulatory T cells but not nTregs ameliorate autoimmune arthritis by shifting the balance between Tregs and Th17 cells In vivo. Boston, 2012 AAI annual conference, 5/8/2012

34. DBC1 is a negative regulator of FOXP3 under inflammation. Shanghai. International conference of Treg, Th17 and human health. 10/15/2012

35. Identification of novel CD8+CD103+Foxp3- Treg cell subset. Washington DC. 2012 ACR annual conference, 11/13/2012

36. Critical role of all-trans retinoic acid in stabilizing human nTregs under inflammatory conditions. Annual Conference of Association of American Immunologists. Honolulu, 05/05/2013

## 工作设想（包括回国后的工作目标、主要方式、预期贡献及现有基础、团队等）

**工作目标:**

　　如果有幸获得国家千人计划的支持，申请人和团队的目标是在中山大学建立一个国际一流的免疫学研究团队并且在开发免疫学和生物医学治疗疾病的原创性产品方面贡献国家。目前的生物医药产品基本上被美国，欧洲和日本等国家垄断，申请人计划带几个原创的发明产品，在国内进行相关的临床转化，并且希望为中国的生物医药建立自己的品牌。根据大量的临床前研究成果，申请人预期本团队发明的相关的产品有相当大的临床治疗疾病的可行性。申请人也预期这些成果能够填补国家在这方面的空白。

　　另外，申请人团队也致力于免疫和炎症性疾病，器官移植免疫学等方面的基础和临床研究。将以中山大学附属第三医院为依托，以中山大学免疫和炎症性疾病研究所为中心，建立以肝脏和自身免疫性疾病等为重点的创新团队，并且希望为国内培养出一批这方面的研究人才，同时为中山大学建立一个国际一流的免疫学研究中心。

**主要方式:**

1. 利用中山大学自身免疫性疾病和肝脏疾病的大量临床病人的资源，利用本团队自主的知识产权等产品，进行广泛的临床转化研究。待条件成熟之后，进一步开展临床试验研究。这些产品包括申请人团队在国际上建立的"TGF-β 诱导性调节 T 细胞"，"维甲酸处理的自然调节 T 细胞"和"齿龈干细胞"等相关产品。

2. 申请人团队继续开展免疫学国际前沿研究，通过在中山大学建立的研究所和中心，带动国内的科研水平，有效的培养高水平的学生，利用申请人在国外建立的技术和动物模型，快速发展中山大学的免疫学研究水平。

3. 具体的研究计划和项目包括，但不限于下列计划。

   A. **诱导性调节 T 细胞的发育和功能**。申请人团队重点研究诱导性 CD4+调节 T 细胞的分化，发育和功能机制和特征。了解这些细胞在体内的分布，稳定性和命运（使用各种影像技术，包括合作者帅认涛教授的纳米成像技术等）。重点了解这些细胞与 DC 之间的交叉 talk。为决定 TGF-β 信号在这些交叉 talk 中的作用，申请人团队已经产生了 TGF-β 受体在 DC 细胞中的特异性 conditional 基因敲除 KO 小鼠。申请人团队也计划发展动物人性化的模型，研究是否人的诱导性调节 T 细胞有治疗疾病的作用。最终，申请人团队计划临床试验，决定诱导性调节 T 细胞治疗自身免疫性疾病和保护器官移植排斥的价值。申请人预期这个项目可能在国际上率先取得治疗疾病的突破。

   B. **CD8＋调节 T 细胞的发育和功能**。当大量的诱导性调节 T 细胞的研究聚焦在 CD4+细胞的时候，申请人团队目前发现 TGF-β 也能够诱导 CD8+细胞变化成为调节 T 细胞。但是，与 CD4+诱导性调节 T 细胞不同，Foxp3（调节 T 细胞的特异性标志）在 CD8+调节 T 细胞上的表达远远低于 CD4+细胞。但是 CD8+调节 T 细胞的免疫抑制和治疗疾病的能力甚至好于 CD4+调节 T 细胞，并且在动物和人的细胞上均有相似的发现。申请人计划利用这个发现研究为什么 CD4+和 CD8+调节 T 细胞发育上有差异。由于 CD8+细胞激活之后，可能有杀伤作用，申请人已经发展了 Granzyme B, Perforin A KO and Goxp3[GFP] knock-in (KI)小鼠来研究 CD8+ 调节 T 细胞抑制疾病是否与杀伤有关。另外，从表型

上，申请人发现 CD8+细胞表达高水平的 CD103，是否 CD103 在 CD8+调节 T 细胞的发育中起重要作用，申请人已经发展了 CD103 KO 和 Foxp3$^{GFP}$ KI 小鼠。这些模型可以帮助研究 CD8+调节 T 细胞的表型和功能特征。

C. **调节 T 细胞和肝脏的免疫耐受。**在预实验中，申请人团队发现肝脏的免疫特惠特征可能与调节 T 细胞的作用有密切关系。在急性肝脏损伤的模型中，申请人等已经发现肝脏内调节 T 细胞数量急剧下降。可能的解释是肝脏在损伤信号下，肝脏内的巨噬细胞被激活，然后释放大量的炎症因子，如 TNF-α 和 IL-6 等。这些炎症因子可降低调节 T 细胞的数量和功能。但是，在炎症的慢性期，肝脏中星状细胞可能分泌 TGF-β 和 all-trans retinoic acid。这二个因子是诱导调节 T 细胞的重要成分。同时，后来产生的 TGF-β 又是导致肝脏硬化的主要原因。申请人团队将围绕这个假设，研究肝脏损伤或者炎症状态下免疫学的调节机制和生物学原理。清楚理解相关的知识，有助于研究肝脏疾病的发生学，进而为肝脏疾病的预防和治疗奠定基础。

D. **诱导性调节 T 细胞与移植免疫排斥的保护。**虽然自然的调节 T 细胞在移植排斥预防中的作用已经受到注目，但是，是否诱导性调节 T 细胞有此保护作用？ 是否效果不同？该研究也同时研究诱导性调节 T 细胞在预防移植排斥作用的分子机制等。肝，心，皮肤等动物移植模型等均会采用。

E. **诱导性 CD4＋调节 T 细胞在炎症状态下稳定性的分子机制。**当美国 NIH 的 Strobe 教授group 和申请人的 group 等在国际上首先发现自然的调节 T 细胞是不稳定的，并且在炎症状态下可以转化成为 Th17 细胞并且失去免疫抑制活性时，申请人等已经发现用 all-trans retinoic acid（维甲酸）处理的自然调节 T 细胞变得非常稳定。这个发现在动物，人，疾病状态下等均有相似的发现。对调节 T 细胞的临床治疗疾病有本质的提高。申请人团队然后又发现与自然的调节 T 细胞不同，诱导的调节 T 细胞在炎症状态下是非常稳定的。英国的 Anderton 教授 group 立即证实了这个发现。申请人团队最近又发现有几个潜在的分子机制影响调节 T 细胞的稳定性。一个是 Stub 泛素化酶。这个酶在调节 T 细胞的降解中起了重要的作用（Immunity，under revision）。然后也发现 Deleted in Breast Cancen-1（DBC-1）是另外一个影响炎症状态下的调节 T 细胞稳定性的蛋白。申请人团队在国际上首先发现 DBC1 与 Foxp3 结合形成一个复杂的结合体，然后影响 Foxp3 的降解。相关的发现已经送发表（Science，under review）。申请人团队也研究 T-bet（Th1 细胞的转录因子）在诱导性调节 T 细胞稳定性中的价值。申请人目前已经获得 DBC1 和 T-bet 基因敲除小鼠。正在把这些小鼠与Foxp3 GFP Knock-in 小鼠进行杂交，以获得易分离调节 T 细胞的这些基因 KO 小鼠。

F. **BAFF 和 T 细胞启动的疾病相关性。**BAFF 为 B 细胞刺激分子，促进 B 细胞分化成为浆细胞，促进抗体的产生和体液免疫反应。因此，该信号途径也影响自身免疫性疾病。申请人小组在国际上首次发现 BAFF 促进 Th17 和 Tfh 细胞的发育和功能，开启了 BAFF在 T 细胞免疫方面的新方向。申请人团队已经发展并且建立了 BAFF KO，APRIL KO，BAFF/APRIL DKO，BR3（BAFF 受体）KO，BAFF Tg，uMT（B 细胞 KO），BAFF KO/BCL-2 Tg（该小鼠 B 细胞正常，但是缺乏 BAFF）等小鼠。申请人也会研究 BAFF 和调节 T 细胞的关系等。申请人预期这个项目会成为国际领域的新研究方向，会开创成为 BAFF和 T 细胞分化和功能的新领域。

G. **GMSC，炎症性疾病和器官移植的排斥预防**。申请人和合作者已经从正常人的齿龈中分离出齿龈干细胞。申请人最近的文章（2013，Arthritis Rheum）显示这些细胞有强的免疫抑制功能等特征。这些细胞能够控制小鼠的关节炎等的发生和发展。申请人团队也发现这些细胞能够影响人性化的 xeno-GVHD 的发展。申请人回国之后，将重点研究这些细胞与骨髓，脐带血干细胞的异同点。也研究各种疾病状态下这些细胞与正常人齿龈干细胞的差异。利用影像技术，申请人团队将重点研究这些细胞在体内的分布，移动，持续时间等。申请人最后观察使用这些细胞是否能够控制自身免疫性疾病和预防异体器官移植的免疫排斥。了解体内齿龈干细胞与调节 T 细胞的关系和分子机制等。

**预期贡献：**
1. 对调节 T 细胞的发育和功能有系列新的机制发现。
2. 对齿龈干细胞的功能和特征有新的认识。
3. 对调节 T 细胞和齿龈干细胞治疗相关疾病有重要进展。
4. 对 BAFF 和 BAFFR 信号在自身免疫性疾病和 T 细胞调节的疾病有重要的进展。
5. 对调节 T 细胞的稳定性有国际领先的系列研究成果。
6. 对调节 T 细胞，齿龈干细胞的影像技术有独特的报导。
7. 预期在 5 年内完成调节 T 细胞和齿龈干细胞的临床试验，获得国际领先水平的细胞治疗产品。
8. 为中山大学和国内培养一批中青年专家人才。
9. 为中山大学建立一个国际一流的免疫学研究中心。

**现有基础：**
1. 申请人在免疫耐受和调节领域是国际领先的专家之一。申请人的团队发明了"TGF-β 诱导性调节 T 细胞"。
2. 申请人也是首先发现稳定自然调节 T 细胞技术的核心团队。在调节 T 细胞的诱导，分化，发育，表型，功能等方面研究深入，有系列国际领先成果。
3. 申请人也是齿龈干细胞领域的先锋学者之一。
4. 申请人团队已经建立了许多独特的动物模型（具体见上面描述）。也携带相关技术和动物模型到国内。
5. 申请人已经建立了相关的免疫学团队并且储备了多位优秀高水平的人才（见团队建设）。
6. 申请人已经与中山大学建立了相当深入的合作基础，2012-2013 年已经合作发表了 Arthritis Rheum (IF=7-8), J Allergy Clin Immunol (IF=11-12)等文章。另外的 J Mol Cell Biology (IF=7.676) and J Immunol (IF=5-7)在等待发表中。

**团队建设：**
经过前面与中山大学合作沟通，如果申请人获得千人计划，中山大学同意建立中山大学免疫和炎症疾病研究所。申请人将担任本团队的首席和领导科学家并且担任该研究所所长。另外参与的科学家将包括但不限制，陈规划教授（移植免疫学专家），张琪教授（干细胞专家，原来的 USC 博士后），Bernhard Ryffel 教授（法国国家科学中心，免疫和炎症疾病专家），李丹副教授（中山大学影像专家，前 USC 博士后）和帅心涛教授（纳米影像专家，中山大学）等。本团队也包括三名已经完成了在申请人 USC 美国实验室培养的博士后，其中的二位（陈茂根和刘亚）已经回到申请人新单位中山大学。另外一个回国的博士后（兰琴）现在清华大学工作，等申请人回国之际，兰琴同意调到中山大学工作。也有二位仍然在 USC 培养的博士后，来自中山

大学的李强和陈晓卿会在 2014 年 1 月按期培养结束后回到中山大学。另外，申请人在美国的实验室的技术专家王菊华（细胞免疫学技术专家）和夏赞贤博士（蛋白质技术专家）同意随申请人一同回国建立研究所。由此可见，申请人领导的创新团队是具有相似研究方向但又有不同的专长互补的高级专家组成，为完成申请人回国的研究和转化目标打下了必不可少的坚实基础。

申报情况：　　☑√首次申报　　　　□非首次申报（**请在您选择的□内打"√"**）

　　**本人以上信息均真实有效。**

　　**本人郑重承诺：自被批准纳入"千人计划"的半年内全职到岗工作，在国内连续工作不少于三年。**

申报人签字：<br>
2013 年 3 月 12 日

| 用人单位意见 |
|---|

**1、推荐理由：**

　　申请人在国内完成了大学和研究生教育，在法国奥尔良大学获得免疫学博士学位，在 UCLA 和 USC 完成了博士后训练，在美国南加州大学担任过 Faculty（助理教授和副教授）。担任过美国宾州州立大学终身正教授和主任，在复旦大学担任过兼职正教授，是 James R Klinenberg 奖获得者，是国际免疫学家精英 Henry Kunkel Society 协会成员，是国际免疫学界著名的科学家。

　　在免疫学调控和耐受，自身免疫性疾病，调节 T 细胞和干细胞等领域有很深的造诣，领导或参与过美国 NIH RO1，R43，Arthritis Foundation, American College of Rheumatology Foundation, Wright Foundation, Arthritis National Research Foundation and Wright Foundation 等多项重要课题的研究，并担任首席科学家。

　　申请人担任多个国际主流医学和免疫学杂志的客座主编，执行主编，副主编和编委，多次担任国际大会的组织者和主席、国际主流免疫学和风湿病学大会的分会主席，是美国 NIH/NIAMS、NIAID、NCI 多个基金和澳大利亚、加拿大、南非、波兰、中国等多个国家基金会的终审评审专家，在 J Immunol, J Immunol Cutting-edge, Ann Rheum Dis, Arthritis Rheum, J Allergy Clin Immunol, J Mol Cell Biology, Semi Immunol and Trend Immunol 等国际主流免疫学和医学杂志上发表学术论文 127 篇，在美国、欧盟、日本和中国等国家和地区申请了 3 项专利，获得了许多免疫学和风湿病学国际组织的荣誉和奖励，其技术达到国际领先水平。申请人熟悉有关高科技产品的国际标准化运作，回国后将进行临床转化研究，开发系列临床治疗自身免疫性疾病的新产品，该产品可填补国内空白，产业化前景光明。

　　总之，申请人在海外学习多年，在美国著名大学担任领导科学家职务，工作多年，积累了丰富的研发经验，有能力在回国之后建立国际一流的免疫学实验室，培养高水平的人才，开发生物医学治疗疾病等新产品。符合国家，大学和我医院的人才发展战略目标。特此推荐，请评审委员会优先考虑支持。

2、支持条件（包括工作和生活等方面）：

如获资助，除国家和大学提供的千人计划相关资金和人才津贴外，本单位对申请人提供科研启动资金 1000 万元（分 5 年支付），任命其担任终身讲习教授和中山大学免疫和炎症疾病研究所所长。提供 500 平方米的实验室用房和相关的设备。同时提供研究助手和团队。申请人将获得按照国家规定的工资待遇，享受广东省政府高端人才引进政策规定的各种优惠条件，可获得购房补助、政府津贴等人才资助金费，同时解决其子女入学、人才住房等生活上的问题。对其引进的团队按级别给予相应的待遇支持等。

申报人有关信息属实，本单位承诺予以上述支持，特推荐申报"千人计划"。

主要负责人签字　　　　　　单位（公章）

年　　月　　日

| 主管部门意见 |
|---|
| 1、对申报材料的审核意见： |
| 2、推荐理由： |
| 3、支持措施： |
| 主要负责人签字　　　　　　　单位（公章）<br><br>年　　月　　日 |