# Traul, Vincent E. (CI) (FBI)

| | |
|---|---|
| **From:** | Y███, J██████ |
| **Sent:** | Monday, May 11, 2020 1:23 PM |
| **To:** | Song Guo Zheng; Peter Mohler |
| **Cc:** | Zheng, Song Guo |
| **Subject:** | RE: Re:Grant concerns |

Dear Dr. Zheng,
Thank you for providing this information and the attached documents. We appreciate your assistance with the university's investigation. We will review these documents and get back to you as soon as possible.
Sincerely yours,




**Jennifer K. Yucel, Ph.D.**
Associate Vice President
The Ohio State University



**From:** Song Guo Zheng <songguozheng2013@yahoo.com>
**Sent:** Sunday, May 10, 2020 6:56 PM
**To:** P███ M████ ███████@osumc.edu>; Y███, J██████ ██████@osu.edu>
**Subject:** Fw: Re:Grant concerns

May 10, 2020

Dear Dr. M█████ and Dr. Y███,

Thanks for your letters regarding NIH concerns on funds, affiliation and China thousand talents plan. I have investigated and obtained some information. Please see below replies from Dr. Huang who is head of clinical immunology in Sun Yat-sen University. Below are my response and explanations.

1. NSFC 81871224 and 81671611 seemed to be two small training funds. Dr. Huang's center has used my name to apply for these funds without informing me. As these funds have been ended and they had no efforts for investigator and no overlay with my NIH grants, I am not sure if I can provide a supplemental document report to NIH with other supports. 2016ZT065S252 and 2017YFA0105800 had no association with me. These projects aimed to study the pathogenesis of infectious disease (type C hepatitis) which is out of my expertise. Dr. Huang has provided relative documents as attached.

2. NSFC 30728007 is a distinguishing/outstanding youth scholar award from National Foundation of Science in China. This award is specifically selected for few outstanding junior faculty who work in the regions of US, Europe and others outside of China. About 13 years ago, when I was a junior faculty at the University of Southern California and planed to apply for this award, I reported to my institute and got the approval, and eventually I won this award. That is a big honor for youth scientist. I listed this achievement in my Biosketch and my resume when I applied for NIH grants and the Whisler Chair at the OSU. I spent tremendous time to find/get the original proposal for your review (see attachment 5).

3. Other affiliation. I do not believe any institute can offer a position for anyone who is 100% physically absent. In addition to attend national and international conferences and NIH study meetings, I fully work in OSU campus. Dr. Jarjour almost meets me every week or office phone call to discuss science. My daily schedule can be easily identified. I understand that NIH has this concern since several previous publications listed me with two affiliations (PSU and other affiliations). As these manuscripts were submitted from my collaborators and they considered that this facilitates their international collaboration. Nonetheless, when I found these errors, I took actions to correct them. For example, JCI article has been changed to only an affiliation with PSU; Nat Commun had an erratum for correcting the error now. Other several article corrections are under process since it takes time. The evidence was saved on my office PC, I will provide you when it is available.

4. China's thousand talents plan: During 2010-2012, as faculty and staff salary increase was frozen at USC due to institute budget deficit, some talent faculty tried to move out. When my collaborators knew my mind and China institute sent me an olive branch. They planned to recruit me as a leading scientist and offer thousand talents plan (with long-term plan). This plan almost equals to US HHMI and is highly attractive. However, they also have strict requirements, for example, investigator has to stay in China institute more than 9 months each year. As my daughter was in the middle school and my wife strongly objected this consideration. To the end, I declined this talents plan offer and turned to get an offer from PSU Hershey.

5. Foreign collaboration. I do collaborate with many scientists who distribute in US, China and France. In my renewal R01 (2015-2021) proposal, I clearly stated that I need to collaborate with Dr. Yun-feng Pan, Professor and Chief of division of rheumatology at the third affiliated hospital at Sun Yat-sen University and Dr. Zhan-guo Li, Professor and Chair of Internal Medicine at the First affiliated hospital of Peking University. As you probably know, Hershey is a small town, my study needs to have synovial tissues from patients with RA. In case I was difficult to gain sufficient samples, alternatively, my collaborators will help me to overcome the weakness although it has no tissues transfer between China and US. If needed, I will provide you the original NIH proposal document later on.

To the end, I want to express my sincere apologies to you and OSU due to these NIH concerns. I am willingly to take any possible correction actions to meet NIH requirements. In fact, I am working very hard, 14 hours every day, no weekends, no vacations and believe I am productive. I like OSU working environment and service excellence. My Chair Dr. Mallampalli and my chief Dr. Jarjour are highly supportive. Grant submission and IACUC service is much better than my previous institutes. I also really cherish the Whisler Chair position. My major aims are to kill disease like arthritis/lupus nephritis, and also raise OSU Rheumatology rank, as well as my personal growth because I want to my daughter and parents who are proud of my achievements to the society and world.

I am willingly to receive any possible penalties due to some errors, however, I respectively request OSU can allow me continuing to work in the OSU and can reopen my lab soon.

Thanks a lot for your support.

Sincerely,
Song Guo

----- Forwarded Message -----
**From:** 黄峰 <feng████████@126.com>
**To:** 郑老师yahoo <songguozheng2013@yahoo.com>
**Sent:** Sunday, May 10, 2020, 11:21:02 AM EDT
**Subject:** Re:Grant concerns

Dear Dr. Zheng,
Sorry for late reply because I was sick these days.

I would like to answer several questions related to these grants.
NSFC 81671611 and NSFC 81871224 are two small grants (each has around $70,000-80,000 total). The main purpose of these grants was to support students in my center to gain overseas training (US and Europe). Our center has used multiple investigators who are working overseas and collaborating with us like you to apply for these grants. As investigators have no efforts and salaries, I considered this as non-conflict interest. I really apologize for not informing you. I would not use your names to apply for any funds in the future without your permission. As you asked, I have attached these files for your review. These funds are expired now.

There are no association of 2016ZT06S252 and 2017YFA0105800 grants with your name. Applicants are Prof. Pan and Prof. Hu in my center. The cover pages have been sent to you too. With confidential requirement, I am unable to send full files to you. Hope you can understand.

I hope you can forgive me for the errors and look forward to continue collaborating with you in the future.
Sincerely,

*Feng Huang*
Feng Huang, MD, PhD
Associate Professor
Head, Center of Clinical Immunology
Sun Yat-sen University Third Affiliated Hospital


At 2020-05-07 07:19:30, "Song Guo Zheng" <songguozheng2013@yahoo.com> wrote:>May 06, 2020>>Feng Huang, MD, PhD>Director of Clinical Immunology>>Dear Dr. Huang,>I hope you and family are safe during the virus pandemic.>I am glad we have a nice collaboration during these years. I have a question for you regarding the association of below grants with me.>They are NNSFC grants 81871224; 81671611, Program for Guangdong Introducing innovative and entrepreneurial teams grant 2016ZT06S252, and National Key R&D Project grant 2017YFA0105800. If possible, can you please send me a copy of original proposals?>>Thanks a lot.>>Song Guo>>******* >Song Guo Zheng, MD, PhD>Professor >The Ohio State University Wexner Medical Center