



| 项目批准号 | 81871224 |
|---|---|
| 申请代码 | H1001 |
| 归口管理部门 | |
| 依托单位代码 | 51027508A1549-2815 |

8187122410086 93

# 国家自然科学基金委员会
# 资助项目计划书

资助类别：  面上项目

亚类说明：

附注说明：

项目名称：  BAFF-BR3信号途径对Tfh细胞分化的调控作用和机理研究及其在狼疮中价值

直接费用：  57万元          执行年限：  2018.01-2019.12

负 责 人：  郑颂国

通讯地址：  500 University Drive, Hershey, PA, USA

邮政编码：  17033              电      话：

电子邮件：  songguozheng2013@yahoo.com

项目编号：  81871224

联 系 人：  黄峰              电      话：  020-85252689

填表日期：                     2017年03月31日

国家自然科学基金委员会制

Version: 1.008.693

GOVERNMENT EXHIBIT 4

AS PROVIDED TO OSU
FOIA Confidential Treatment Requested by Ohio State University          OSU00002276




| 项目批准号 | 81871224 |
|---|---|
| 申请代码 | H1001 |
| 归口管理部门 | |
| 依托单位代码 | 51027508A1549-2815 |

# 国家自然科学基金委员会
# 资助项目计划书

资助类别：面上项目

亚类说明：

附注说明：

项目名称：BAFF-BR3信号途径对Tfh细胞分化的调控作用和机理研究及其在狼疮中价值

直接费用：57万元　　　　　　　执行年限：2019.01-2022.12

负 责 人：郑颂国

通讯地址：广州市天河路600号中山大学附属第三医院9号楼906

邮政编码：510630　　　　　　　电　　话：020-85252689

电子邮件：zhengsg3@mail.sysu.edu.cn

依托单位：中山大学

联 系 人：梁勇　　　　　　　　电　　话：020-84110411

填表日期：2018年08月17日

**国家自然科学基金委员会制**

Version：1.005.444

SEIZED BY SEARCH WARRANT