# EXHIBIT A

Hershey, Pennsylvania
11 May 2021

The Honorable Algenon L. Marbley
Chief Judge for the Southern District of Ohio
United States District Court
Southern District of Ohio, Eastern Division
85 Marconi Boulevard, Room 323
Columbus, Ohio 43215

Dear Judge Marbley,

I am writing this letter of support for Dr. Song Guo Zheng. I have reviewed the declaration of Dr. Lauer of the NIH and wish to provide comments for court review regarding his statement.

Dr. Lauer has asserted that the NIH views all of Dr. Zheng's published research as of no value to them, and that therefore the NIH received nothing in return for their grant funding. This claim has not been substantiated. Dr. Zheng is a highly published researcher, and his co-authors have ranged widely, including individuals from the US, Europe and China. His publications appear in peer-reviewed journals, many with high impact. These journals conduct vigorous peer reviews, usually requiring more than one submission to satisfy all of the concerns expressed by each of the individual peer reviewers. In most cases, two or three peer reviewers as well as a member of the editorial board are assigned to each manuscript. The validity of these publications has not at this point been brought into question. I would view the scientific validity of the publications as an issue that is separate from the disclosure of funding sources. Until any investigations have revealed concerns with the publications, they should be considered valid. These publications have been and continue to be highly cited and it is likely that many researchers have used the information presented to advance the field. Had there been difficulties reproducing the work, it is likely that those would have been reported, and I am not aware of any such reports.

Your consideration of this letter is appreciated.


Sincerely,

*Nancy J. Olsen*

Nancy J. Olsen MD

# EXHIBIT B

May 11, 2021

The Honorable Algenon L. Marbley
Chief Judge for the Southern District of Ohio
United States District Court
Southern District of Ohio, Eastern Division
85 Marconi Boulevard, Room 323
Columbus, Ohio 43215

Dear Judge Marbley,

      Upon reading the sentencing memorandum provided by the government, I immediately felt compelled to provide a vehement disagreement with the assertions put forth by Dr. Michael Lauer of the NIH. In sections 13 and 14 of his statement, Dr. Lauer suggests that Dr. Zheng's failure to disclose the nature of his relationship with the PRC calls into question the validity of his entire research.  I most heartily disagree with this.

 The scientific process by which research gets performed is complex at best, but it does have myriad checks and balances.  As it should be, good science does not get published without a very large number of scientists scrutinizing the reagents, methods, concepts and results.  To suggest that one's science is useless calls into question the judgement of all of the scientists who sat on the study sections that evaluated the science proposed in Dr. Zheng's proposals, all of the peers reviewing the numerous works penned by Dr. Zheng as well as the scientific judgement of the very large number of scientists with whom Dr. Zheng co-authored

his works.  Dr. Zheng is considered to be a leader in research on regulatory T cells.  His work is very highly regarded and widely cited.

Finally, to suggest that his works are not valid because the government believes that Dr. Zheng failed to disclose specific information concerning his relationship with his native country does not make sense even without any context whatsoever.  Does this mean that if any scientist failed to disclose all sources of income on his 1040 that all of his science is useless?  One can debate the specifics of the *United States of America v. Song Guo Zheng*, but on the subject of the scientific validity of the excellent works produced by this prolific scientist there is no debate.  Peer review assures it.


Sincerely yours,

*David Brand*

David D. Brand, PhD