# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 01, 2022

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

      Re: Case No. 21-3513, *USA v. Song Zheng*
           Originating Case No. : 2:20-cr-00182-1

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                                    Sincerely yours,

                                                    s/Divya Kumar
                                                    For Ryan Orme, Case Manager

cc: Mr. Steven S. Nolder
     Ms. Alexis J. Zouhary

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-3513

_____

Filed: April 01, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SONG GUO ZHENG

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 03/10/2022 the mandate for this case hereby issues today.

COSTS: None