`

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:20-cr-182** |
| | : | |
| v. | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **SONG GUO ZHENG,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court on Defendant Zheng's request for appointment of counsel in connection with a forthcoming motion for compassionate release. (ECF No. 63). Defendant might qualify for appointment of counsel under the Criminal Justice Act; however, the Court is unable to determine Defendant's eligibility from the information provided. Therefore, Defendant is **DIRECTED** to complete and return a financial affidavit ("Form CJA 23"), a copy of which will be enclosed with this Order.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 25, 2022